FILED
CLERK, U.S. DISTRICT COURT
April 14, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____jloz___ DEPUTY

**Law Offices of Brian C. Ostler, Sr.**
A Professional Corporation
Brian C. Ostler, Sr., Esq. Cal. Bar No. 183935
Matthew J. Rumishek, Cal. Bar No. 266203
14758 Pipeline Avenue, Suite B
Chino Hills, California 91709-6025
Telephone (909) 325-6260
Fax: (909) 325-6250
OstlerEsq@aol.com

Attorneys for Defendant,
DORA LAND, a California corporation

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>ORANGE COAST REAL ESTATE INVESTMENTS, INC,<br><br>Debtor.<br>_____<br><br>RICHARD K. DIAMOND, Chapter 7 Bankruptcy Trustee of ORANGE COAST REAL ESTATE INVESTMENTS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>DORA LAND, a California corporation, and DOES 1-20, inclusive<br><br>Defendants.<br>_____ | Dist. Case No.:   CV-14-08540-MWF<br><br>Bankr. Case No.:   2:13-bk-19479-RK<br><br>Chapter 7<br><br>Adv. Case No.:   2:14-ap-01113-RK<br><br>**ORDER RE:**<br>**STIPULATION TO DISMISS AND TO TAKE HEARING OFF CALENDAR.**<br><br>DATE:   APRIL 27, 2015<br>TIME:   10:00 A.M.<br>LOC:   COURTROOM 1600<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE MICHAEL W. FITZGERALD. |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT the Court in the underlying action, Diamond (Trustee) v. Dora Land, et al., Bankr. Adv. Case No.: 2:14-ap-01113-RK, has dismissed the action pursuant to settlement of the parties, rendering Defendant's Motion To Withdraw Reference, moot, and as such, said motion should be taken off calendar, and the case dismissed. A true and correct copy of the Order of Dismissal by the

1

by the Bankruptcy Court is attached as Exhibit 1, and is hereby incorporated herein as if set forth in full.

THEREFORE, the parties, through their respective counsel, hereby stipulate that the motion to withdraw the reference to the Bankruptcy Court, filed in this Court by Defendant Dora Land and presently set for hearing on April 27, 2015 at 10:00 A.M., should be taken off calendar, and this action dismissed, with prejudice.

It is so stipulated.

Dated: April 10, 2015

**Law Offices of Brian C. Ostler, Sr.**
A Professional Corporation

Brian Charles Ostler, Sr., Esq., Matthew J. Rumishek, Esq., Attorneys for Defendant DORA LAND, a California corporation

DUMAS & KIM, APC

Dated: April 13, 2015

Christian T. Kim, Esq., Attorneys for Plaintiff RICHARD K. DIAMOND, Chapter 7 Bankruptcy Trustee of ORANGE COAST REAL ESTATE INVESTMENTS, INC., a California corporation

IT IS SO ORDERED.

DATED: April 14, 2015

_____
**UNITED STATES DISTRICT JUDGE**

2

DIAMOND v. DORA LAND, Case No. CV-14-08540-MWF; **STIPULATION TO DISMISS AND TO TAKE HEARING OFF CALENDAR**

| In re: Orange Coast Real Estate Investments, Inc.<br>Diamond v. Dora Land | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:13-bk-19479-RK<br>ADV. NUMBER: 2:14-ap-01113-RK<br>CENTRAL DISTRICT No. 2:14-cv-08540-MWF |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 Wilshire Blvd., Ste. 990, Los Angeles, CA 90010.

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Dismiss and to Take Hearing off Calendar** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 13, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brian C. Ostler, Sr., ostleresq@aol.com
Matthew J. Rumishek  mrumishek@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 13, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 13, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **April 13, 2015** | Danielle M. Landeros | /s/ Danielle M. Landeros |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**